# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) |
| --- | --- |
| v. | ) |
| Justin Jed Udvardi | ) Case No. 1:22-mj-247 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 2021 - July 2022__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC § 841(a)(1) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Jordan Harvey, United States Attorney
*Printed name and title*

*Complainant's signature*

Justin T. Cutchin, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: _____

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.09.07 15:37:25 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*