IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRIC OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Case No. 1:22-mj-247 |
| JUSTIN JED UDVARDI, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Justin Cutchin, being duly sworn, depose and state the following:

**INTRODUCTION**

1.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging that on or about September 22, 2021, through at least July 2022, within the Eastern District of Virginia and elsewhere, defendant, JUSTIN JED UDVARDI (herein referred to as "UDVARDI"), did unlawfully, knowingly, and intentionally, distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, and a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2021.  I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency. I am on a squad that investigates darknet related narcotics trafficking and I have been assigned to this squad since January 2022. Prior to being hired as a

Special Agent with the FBI, I was a Police Officer with the Cheraw Police Department in Cheraw, South Carolina and was so employed from August 2017 to June 2021. I have received formal training in the investigation of drug and violent crimes. I have investigated or assisted in the investigation of criminal activity involving narcotics. I have been a sworn law enforcement officer during all times herein.

3.    The facts and information contained in this affidavit are based upon my training and experience, participation in this and other investigations, personal knowledge, and observations during this investigation, as well as the observations of other individuals involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me through my review of the records, documents, and other physical evidence obtained during the investigation. This affidavit is meant to convey information necessary to support probable cause for the requested complaint and arrest warrant and is not intended to include every fact observed by me or known to the government. The inferences and conclusions I draw from the evidence included in this affidavit are what I believe based on my training, experience, and knowledge of the investigation.

## PROBABLE CAUSE

4.    The United States, including the Federal Bureau of Investigation ("FBI") and the U.S. Postal Inspection Service ("USPIS"), is conducting a criminal investigation of a darknet market ("DM") vendor that operates using the moniker "Trapgod" and the Wickr[1] account "thetraphouse." Since September 2021 the FBI has been conducting controlled purchases from Trapgod. Unless otherwise noted, controlled substances purchased have been submitted to a laboratory for testing and are pending analysis.

---

[1] Wickr is an end-to-end encrypted communications application accessed via mobile telephones and computers.

5.      A DM is a hidden commercial website that operates on a portion of the Internet that is often referred to as the TOR network, darkweb, or darknet. A DM operates as a black market, selling or brokering transactions involving legal products as well as drugs, weapons, counterfeit currency, stolen credit card details, forged documents, unlicensed pharmaceuticals, steroids, and other illicit goods.

6.      Individuals typically purchase narcotics through DMs from "vendors," who accept digital currency such as Bitcoin[2] for payment.  "Vendors" are the darknet's sellers of goods and services, often of an illicit nature, and they do so through the creation and operation of "vendor accounts" on DMs.  Customers, meanwhile, operate "customer accounts" on DMs.  Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a non-darknet web site.  If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces.  Based on customer reviews, vendors can become well known as "trusted" vendors.

7.      In September 2021, the FBI reviewed a vendor profile for Trapgod on a DM known as ASAP.  The profile indicated that the account was created on or about June 9, 2020, and the vendor had completed at least 137 sales at that time.  The profile offered several listings for varying quantities of pressed[3] Oxycodone pills and crystal methamphetamine.  Within the product

---

[2] Bitcoin is a type of digital cryptocurrency. Functionally, it serves the same purpose as United States dollars, except that it is not tied to a central bank and is not regulated by a government body such as a treasury. Bitcoin transactions take place entirely online and offer a degree of anonymity to users. Bitcoin transactions are securely recorded in a public ledger called a blockchain. Based on my training and experience, individuals who are involved in criminal activity over the darknet often purchase items in Bitcoin to conceal the true nature of the funds from law enforcement.

[3] "Pressed" refers to counterfeit pills.  Counterfeit pills are fake medications that have different ingredients than the actual medication.  They may contain no active ingredient, the wrong active ingredient, or have the right ingredient but in an incorrect quantity.  Counterfeit pills may contain lethal amounts of fentanyl and are extremely dangerous because they often appear identical to legitimate prescription pills, and the user is likely unaware of how lethal they can be.

description for the pressed Oxycodone pills, the pills were described as "Aesthetics are on point. They have a beautiful glossy coat and the perfect amount of firmness. No hot spots/No speckles. Snortable, smokeable, bangable. Perfect Press."

8.     On September 17, 2021, an FBI employee operating in an undercover ("UC") capacity accessed the ASAP market, visited Trapgod's vendor profile, and ordered 3.5 grams of crystal methamphetamine from Tragod.  As part of their order, the UC provided an address within the Eastern District of Virginia where Trapgod could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.  Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address in Glendale, Arizona, and had a name of Roni Algarbi.  From training and experience, I know that darknet drug vendors often use fictitious names and addresses to conceal their identity and location.  Law enforcement personnel opened the envelope and found within it a sealed black bubble pouch containing a sealed Ruffles potato chips mylar bag.  From training and experience, I know that darknet drug vendors often place additional items in the USPS packaging with the drugs to avoid detection by USPS and/or law enforcement personnel.  This is commonly referred to as "stealth."  Within the Ruffles potato chips mylar bag was a clear heat- and vacuum-sealed pouch containing a substance that appeared to be methamphetamine.  The substance was sent to the Drug Enforcement Administration ("DEA") Mid-Atlantic Laboratory ("MAL") and tested positive for Methamphetamine Hydrochloride and weighed 4.28 grams of pure substance.

9.     On October 21, 2021, an FBI UC accessed the ASAP market and ordered 14 grams of methamphetamine from Trapgod.  The UC provided an address within the Eastern District of Virginia where Trapgod could send the methamphetamine. The UC paid for the methamphetamine

with Bitcoin. Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC. The return address on the envelope was an address in Surprise, Arizona, and had a name of Rosanna Aguirre. Inside the USPS Priority Mail Envelope was a sealed black bubble pouch. Inside of the bubble pouch was a black mylar pouch that contained a heat- and vacuum-sealed pouch with a substance that appeared to be methamphetamine inside. The substance was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 14.57 grams of pure substance.

10.     On December 3, 2021, an FBI UC accessed the ASAP market and ordered 50 pills from Trapgod. The UC provided an address within the Eastern District of Virginia where Trapgod could send the pills. The UC paid for the pills with Bitcoin. Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC. The return address on the envelope was an address in Peoria, Arizona, and had a name of Brooke Taylor. Law enforcement personnel opened the envelope and found within it a clear bubble wrap pouch that contained a sealed black mylar bag. Inside the black mylar bag was a second black mylar bag. That mylar bag contained a sealed Cheetos mylar bag. Within the Cheetos bag was a clear heat- and vacuum-sealed pouch that was wrapped with two white scented sheets. Inside the heat- and vacuum-sealed pouch were 50 light blue pills. The pills had "M" stamped on one side and "30" on the other. Pharmaceutical grade Oxycodone pills are embossed with "M" on one side and "30" on the other; the "30" indicates 30 mg. The pills were sent to the DEA MAL, and tested positive for N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide (Fentanyl), and weighed 5.503 grams.

11.     On February 9, 2022, an FBI UC accessed the ASAP market and ordered 7 grams of methamphetamine from Trapgod. The UC provided an address within the Eastern District of

Virginia where Trapgod could send the methamphetamine. The UC paid for the methamphetamine with Bitcoin. Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC. The return address on the envelope was an address located in Phoenix, Arizona, and had a name of Rebecca Keister. Law enforcement personnel opened the envelope and found within it a sealed manilla colored "Seal-It" brand bubble mailer containing a black mylar pouch with an Electrostatic Sensitive Device sticker. Inside that mylar pouch was a large clear heat- and vacuum-sealed pouch wrapped in 2 layers of black paper. Inside the large clear heat- and vacuum-sealed pouch was a smaller clear heat- and vacuum-sealed pouch containing a substance that appeared to be methamphetamine. The substance was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 10.09 grams of pure substance.

12.     On March 1, 2022, an FBI UC accessed the ASAP market and ordered 7 grams of methamphetamine from Trapgod. The UC provided an address within the Eastern District of Virginia where Trapgod could send the methamphetamine. The UC paid for the methamphetamine with Bitcoin. Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC. The return address on the envelope was an address located in Glendale, Arizona, and had a name of Lauren Turl. Within the USPS Priority Mail Envelope was a blue bubble pouch. Inside the blue bubble pouch was a smaller red bubble pouch that contained a second red bubble pouch that was glued inside the first. The red bubble mailing pouches contained a heat-sealed mylar bag with an Electrostatic Sensitive Device sticker on the top left of the mylar bag. The black mylar bag contained two clear heat- and vacuum-sealed pouches, one inside the other. The smaller clear pouch contained a substance that appeared to be

methamphetamine.   The substance was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 7.23 grams of pure substance.

13.     In March 2022, an FBI UC downloaded the application Keybase.io, which is a secure messaging and file-sharing application.  On that application, users can list their PGP keys[4] and Bitcoin addresses on their profile, which allows users to send and receive messages and Bitcoin.  On the Keybase,io application, investigators identified a user named "Trapgod."  The profile photo was of a crystalline substance consistent with methamphetamine.  The Trapgod profile on Keybase.io advertised the same public PGP key as the Trapgod profile on ASAP.  The Trapgod profile on Keybase.io also listed a Bitcoin address.

14.     Analysis[5] of the Bitcoin address on the Keybase.io profile "Trapgod" revealed that this address received a Bitcoin payment on October 1, 2020.  The following day, on October 2, 2020, the Bitcoin address on Trapgod's profile sent its balance to a separate Bitcoin address that was associated with Block, Inc.

15.     On April 4, 2022, investigators obtained records from Block, Inc. that indicated the account receiving the Bitcoin payment on October 2, 2020, was registered to UDVARDI, with an address listed as 8622 North 59th Avenue, Glendale, Arizona 85302.  Within the records obtained from Block Inc. was a transaction on October 9, 2020, for $25.00 USD.  UDVARDI was the

---

[4] PGP encryption is used on darknet markets to encrypt communications between vendors and customers.  If a customer orders from a vendor or sends a vendor a message on a darknet market, that information may be stored in the marketplace's database.  Given concerns that the marketplace server may be hacked or seized by law enforcement, vendors and customers often communicate via PGP encrypted messages.  A vendor uses two codes, or "PGP keys," to facilitate the encrypted communication—a private PGP key and a public PGP key.  A customer can use the vendor's public key to encrypt a message.  The vendor then uses his private key to decrypt the message.  Vendors put their public key on their profile so customers may use it to encrypt data sent to the vendor, such as the customer's name and address.  Only the corresponding private key, known only by the vendor, can decrypt the data.
[5] The third-party blockchain-analysis software utilized in this case is an anti-money laundering software used by financial institutions and law enforcement organizations worldwide. This third-party blockchain analysis software has supported many investigations and has been the basis for numerous search and seizure warrants.

recipient of the $25.00 USD, and the note attached to the payment was "Meth."  Also, within the records was the alias history used by UDVARDI, which revealed an email account of trapgod@fanclub.pm that was associated with UDVARDI's Block Inc. account.  After receiving records from Bank of America for accounts associated with UDVARDI, investigators discovered that, on October 7, 2020, five days after UDVARDI received a Bitcoin transaction (see paragraph 14), UDVARDI initiated a transaction on his Block Inc. account to transfer $17.77 USD to a Bank of America account owned by UDVARDI.  Once the $17.77 USD transaction finalized, after a transaction fee, $17.50 USD was deposited into UDVARDI's Bank of America account.  A mailing address of 8622 North 59th Avenue, Apartment 2075, Glendale, Arizona (herein referred to as "SUBJECT PREMISES") was revealed in the records.  Also, within the records were transfers of funds from Mackenzie Fleming (herein referred to as "FLEMING") to UDVARDI.

16.     On April 4, 2022, an FBI UC accessed the ASAP market and ordered 7 grams of methamphetamine from Trapgod.  The UC provided an address within the Eastern District of Virginia where Trapgod could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.  Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Glendale, Arizona, and had a name of Jennifer Timmons.  Within the USPS Priority Mail Envelope was a coloring book.  Within the coloring book were two Pokemon brand playing card packets.  One of the packets was opened and resealed.  Within the resealed packet was a small plastic heat- and vacuum-sealed pouch that contained a substance that appeared to be methamphetamine.  The substance was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 3.795 grams of pure substance.

17.     On April 4, 2022, investigators obtained records from Coinbase[6] for subscriber information for any accounts associated with UDVARDI.   The records indicated that twelve accounts were associated with UDVARDI, and three of those accounts listed a phone number of 1-310-930-3673 (herein referred to as "TARGET PHONE").

18.     As part of Coinbase's "know your customer" requirements, UDVARDI was required to submit a photo of himself and a photo of his driver's license.   I compared the photo that UDVARDI sent to Coinbase and a photo from the Arizona Motor Vehicle Division's ("MVD") records of UDVARDI'S driver's license and confirmed it is the same person.

19.     On April 5, 2022, FBI personnel conducted database checks into UDVARDI. Records indicated that UDVARDI lives at SUBJECT PREMISES and shares that address with FLEMING.   MVD records indicate FLEMING owns a black 2009 Mercedes Benz C Class with Arizona license plate: SUHPBU, with SUBJECT PREMISES listed as the mailing address.

20.     On April 6, 2022, an FBI UC accessed DM ASAP to review the pending order placed with Trapgod on April 4, 2022.   An update made on Trapgod's ASAP profile stated that the vendor would no longer be on ASAP and would only be doing direct deals for the time being. The UC sent an encrypted message to Trapgod using Trapgod's public PGP key.   The UC provided information for Trapgod to contact him on Wickr, a messaging application.

21.     On or about April 14, 2022, Trapgod encrypted a message in response to the FBI UC's previous message.   Trapgod provided the UC a Wickr contact name of "thetraphouse."

22.     On April 20, 2022, a UC placed an order on Wickr with thetraphouse for 14 grams of methamphetamine.   The UC provided an address within the Eastern District of Virginia where thetraphouse could send the methamphetamine.   The UC paid for the methamphetamine with

---

[6] Coinbase is a secure online platform for buying, selling, transferring, and storing cryptocurrency

Bitcoin.  Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Glendale, Arizona, and had a name of Elisa Llanderos.  Inside the USPS Priority Mail Envelope was a coloring book.  Within the coloring book was a black bubble pouch.  Inside the black bubble pouch was a silver mylar bag with four Electrostatic Sensitive Device stickers.  Inside the silver mylar bag was clear bubble wrap that contained a black mylar bag.  This final black mylar bag held a heat- and vacuum-sealed pouch containing a substance that appeared to be methamphetamine.  The substance was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 14.734 grams of pure substance.

23.     On April 23, 2022, investigators received a report from the USPIS that revealed the FBI UC order placed on April 20, 2022, was mailed from a USPS Collection Box located outside of a Safeway store located at 4811 North 83rd Avenue, Phoenix, Arizona 85033.  A subpoena to Safeway for its surveillance videos revealed that, in the hours before USPS retrieved the package from the collection box, a black vehicle pulled up to the front of Safeway where the USPS collection box is located, a white male exited the vehicle, walked out of sight of the camera in the area where the collection box is located, and then quickly returned to the black vehicle and drove away.  The black vehicle had a large white sticker across the top of the windshield and a white sticker on the left side of the back windshield.







24.     On May 2, 2022, an FBI UC placed an order on Wickr with thetraphouse for 14 grams of methamphetamine.  The UC provided an address within the Eastern District of Virginia where thetraphouse could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.  Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Paradise Valley, Arizona, and had a name of Brian Stole.  Inside of the USPS Priority Mail Envelope was a coloring book.  Within the coloring book was a red bubble mailer.  Inside the red bubble mailer was a black mylar bag.  Inside the black mylar bag was an opened Pokemon card pack.  The pouch contained 12 blue pills with "M" debossed on one side and "30" on the other.  The UC contacted thetraphouse via Wickr about the fact that the package that thetraphouse sent did not contain the material that the UC had ordered.  Thetraphouse stated that he would send 28 grams of Methamphetamine to correct the error.  The pills were sent to the DEA MAL and

12

tested positive for containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide, commonly referred to as fentanyl, and weighed 1.32 grams.

25.    On May 5, 2022, law enforcement conducted surveillance at SUBJECT PREMISES.   UDVARDI was observed at the residence.   A black Mercedes bearing Arizona license plate: SUHPBU was backed into the driveway and parked in front of the garage.   It had a large white sticker across the top of the windshield.   The black Mercedes was observed leaving the apartment complex and was followed by law enforcement personnel to a nearby Starbucks located at 5905 W Olive Ave, Glendale, AZ 85302.   The black Mercedes appears to be the vehicle observed in the video obtained from Safeway.   FLEMING was also observed returning to SUBEJCT PREMISES and leaving from the complex in a white Nissan Cube, Arizona license plate: KENZEE.   MVD records indicated that the vehicle is also registered to FLEMING.




26.     Also on May 5, 2022, an FBI UC made an order with thetraphouse for 70 pills. The UC provided an address within the Eastern District of Virginia where thetraphouse could send the pills.  The UC paid for the pills with Bitcoin.  Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Peoria, Arizona, and had a name of Zechariah Meininger. Inside the USPS Priority Envelope was a coloring book.  Inside the coloring book was a cardboard Pokemon card pack that contained a plastic-wrapped Pokemon card pack.  The Pokemon card pack contained a heat-sealed pouch containing 77 blue pills with "M" debossed on one side and "30" on the other.  The pills were sent to the DEA MAL and tested positive for containing Fentanyl and weighed 8.62 grams.

27.     Investigators received a report from the USPIS that revealed the package from the May 5, 2022, order was picked up on May 6, 2022, by USPS workers at a collection box outside of a Walmart located at 7975 West Peoria Avenue, Peoria, Arizona 85345.  A subpoena to Walmart for its video surveillance revealed that, on May 6, 2022, around 3:36 A.M. MST, a black vehicle entered the parking lot and traveled toward the building.  At around 3:37 A.M. MST, the vehicle left the view of the camera in the area where the collection box is located.  Approximately one minute later the black vehicle drove past the camera again.  According to Walmart.com, the operating hours for that store are 6:00 A.M. to 11:00 P.M. MST.  The vehicle in the Walmart surveillance camera footage has a large white sticker across the top of the windshield and appears to be the vehicle found at the SUBJECT PREMISES and in the Safeway video.



28.     On May 10, 2022, an FBI UC placed an order on Wickr with thetraphouse for 28 grams of methamphetamine.  The UC provided an address within the Eastern District of Virginia where thetraphouse could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.  Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC.   The return address on the envelope was an address located in Peoria, Arizona, and had a name of Rhoda Olson.  The package, a USPS envelope, contained a blue bubble mailer.  Inside the blue bubble mailer was a Wexford brand green folder.  Inside of the folder was a silver mylar bag with four Electrostatic Sensitive Device stickers.  Inside the silver mylar bag was a black mylar bag that contained a heat-sealed pouch.  Inside the heat-sealed pouch was folded white paper, containing a second heat-sealed pouch that held a substance that appeared to be methamphetamine.  The methamphetamine was sent to the DEA MAL and tested positive for Methamphetamine Hydrochloride and weighed 22.244 grams of pure substance.

29.     FBI investigators received a report from the USPIS stating that there was a USPS customer account registered to UDVARDI, listing TARGET PHONE and SUBJECT PREMISES as his contact and shipping information.  The report also revealed that several parcels were shipped to SUBJECT PREMISES, addressed to "Justin U," from a company called Victory Packaging.  A subpoena to Victory Packaging revealed that six orders for USPS shipping supplies, including USPS Priority Mail Envelopes, were filled by Victory Packaging and were addressed to "Justin U" at SUBJECT PREMISES.  The shipping supplies ordered by UDVARDI were consistent with the packages received by investigators in response to orders placed by the FBI UC.





30.     On June 14, 2022, an FBI UC placed an order on Wickr with thetraphouse for 14 grams of methamphetamine.  The UC provided an address within the Eastern District of Virginia where thetraphouse could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.   Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Glendale, Arizona, and had a name of Luna Leds.  Inside the USPS Priority Mail envelope was a second USPS Priority Mail Flat Rate envelope, that was folded, taped, and had red markings on it.  Within the second envelope was a black bubble mailer.  Inside the black bubble mailer was a Ruffles Chips mylar bag.  Inside the Ruffles mylar bag was a heat- and vacuum-

sealed pouch containing a substance that appeared to be methamphetamine.  The substance was sent to the DEA MAL for testing and the results are pending.

31.      On July 11, 2022, an FBI UC placed an order on Wickr with thetraphouse for 14 grams of methamphetamine.  The UC provided an address within the Eastern District of Virginia where thetraphouse could send the methamphetamine.  The UC paid for the methamphetamine with Bitcoin.  Several days later, law enforcement personnel retrieved a USPS Priority Mail envelope at the address designated by the UC.  The return address on the envelope was an address located in Glendale, Arizona, with a name of A TO Z Electronics Repair.  Inside of the USPS Priority Mail Flat Rate Envelope was a Wexford Brand Bubble Mailer with red writing.  Inside the bubble mailer was a black mylar bag with four yellow Electrostatic Sensitive Device stickers.  Inside the black mylar bag was a smaller black mylar bag which held a heat- and vacuum-sealed pouch that contained a second heat- and vacuum-sealed pouch wrapped in white paper containing a substance that appeared to be methamphetamine.  The substance was sent to the DEA Lab for testing and the results are pending.

32.      On July 15, 2022, law enforcement conducted surveillance at SUBJECT PREMISES.  At the residence, the black Mercedes was parked in front of the garage.  The white sticker on the back left window of the vehicle is consistent with the vehicle viewed in the Safeway video.





33.     On July 15, 2022, an FBI UC placed an order with thetraphouse on Wickr for 100 pills.   The UC provided an address within the Eastern District of Virginia where thetraphouse could send the pills.  The UC paid for the pills with Bitcoin.  Several days later, law enforcement retrieved a USPS Priority Mail Flat Rate envelope at the address designated by the UC.  The return address on the envelope was an address located in Phoenix, Arizona, and had a name of AZ Sports Cards.  Inside the USPS envelope was a black bubble mailing pouch.  Inside the black bubble mailing pouch was a black mylar bag.  Inside the black mylar bag were two Pokemon card packs.  Each pack held a heat- and vacuum-sealed pouch that contained pills.  The pills were sent to the DEA MAL for testing and the results are pending.

## CONCLUSION

34.     Based on the facts set forth above, I respectfully submit there is probable cause to believe that, from at least in or about September 2021, up to and including July 2022, in the Eastern District of Virginia and elsewhere, the defendant JUSTIN JED UDVARDI, knowingly, intentionally, and unlawfully distributed a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, and a substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1).

_____
Justin T. Cutchin
Special Agent
Federal Bureau of Investigation

Reviewed by:  Jordan Harvey, Assistant United States Attorney

Sworn to and subscribed in accordance with Fed. R. Crim. P. 4.1 by telephone on this _____ day of September, 2022.

John F.
Anderson

Digitally signed by John F.
Anderson
Date: 2022.09.07 15:36:43
-04'00'

_____
The Honorable John F. Anderson
United States Magistrate Judge