IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-225 |
| JUSTIN JED UDVARDI, | |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Distribution of Controlled Substance - Methamphetamine)

Between on or about May 12, 2022, and on or about May 16, 2022, in Prince William County, within the Eastern District of Virginia, and elsewhere, the defendant, JUSTIN JED UDVARDI, did knowingly and intentionally distribute approximately 5 grams or more of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

1

## FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant JUSTIN JED UDVARDI is hereby notified that, if convicted of the offense alleged in Count One of this Information, the defendant JUSTIN JED UDVARDI shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense; and (2) any of the defendant's personal property used or intended to be used in any manner or part to commit, or to facilitate the commission of, such offense.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, JUSTIN JED UDVARDI, is hereby notified that if convicted of the violation set forth in this Information, the defendant, JUSTIN JED UDVARDI, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), the defendant, JUSTIN JED UDVARDI, shall forfeit substitute property, if, by any act or omission of the defendant, JUSTIN JED UDVARDI, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853;
28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: <u>December 5, 2022</u>      By: _/s/ Jordan Harvey_
Jordan Harvey
Assistant United States Attorney