IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN JED UDVARDI,<br><br>Defendant. | Case No. 1:22-cr-225 |

## STATEMENT OF FACTS

The United States and the defendant, Justin Jed Udvardi (hereinafter, "the defendant"), agree that, at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least on or about September 2021 through at least on or about September 2022, in the Eastern District of Virginia and elsewhere, the defendant did knowingly, intentionally, and unlawfully distribute methamphetamine, a Schedule II controlled substance.

2. The defendant was personally involved in the distribution of at least 106 grams of pure methamphetamine within the Eastern District of Virginia.

3. From at least in or about December 2021 through at least in or about July 2022, in the Eastern District of Virginia and elsewhere, the defendant did knowingly, intentionally, and unlawfully distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

4. The defendant was personally involved in the distribution of at least 15 grams of a mixture and substance containing a detectable amount of fentanyl within the Eastern District of Virginia.

5. The defendant used the moniker "TrapGod" to operate vendor profiles on darknet markets, including ASAP, to knowingly and intentionally distribute controlled substances, including but not limited to methamphetamine and fentanyl, to individuals located in the Eastern District of Virginia and elsewhere. The TrapGod vendor profile offered listings for "top shelf high quality crystal meth" and "pressed" (counterfeit) oxycodone pills which in fact contained fentanyl. Between June 2020, when the TrapGod profile was created, and September 2021, when law enforcement agents discovered the profile, the defendant had completed at least 137 sales on ASAP.

6. The defendant also used the encrypted messaging application Wickr, under the moniker "thetraphouse," to knowingly and intentionally distribute controlled substances, including but not limited to methamphetamine and fentanyl, to individuals located in the Eastern District of Virginia and elsewhere.

7. Between September 2021 and September 2022, law enforcement agents conducted fourteen controlled purchases of methamphetamine and fentanyl from the defendant, some through the TrapGod vendor profile on the ASAP market and some through communications with "thetraphouse" on Wickr. To fulfill these transactions, the defendant mailed the purchased substances to locations within the Eastern District of Virginia. The table below summarizes the controlled substances that the defendant mailed to the Eastern District of Virginia in fulfillment of controlled purchases made by law enforcement agents:

| Date of Order | Platform | Contents of Shipment | Substance and Weight |
|---|---|---|---|
| 9/17/2021 | ASAP | Crystal methamphetamine | 4.28 grams of pure methamphetamine |
| 10/21/2021 | ASAP | Crystal methamphetamine | 14.57 grams of pure methamphetamine |
| 12/3/2021 | ASAP | Counterfeit pressed pills | 50 pills containing fentanyl; 5.503 grams |

| | | | |
|---|---|---|---|
| 2/9/2022 | ASAP | Crystal methamphetamine | 10.09 grams of pure methamphetamine |
| 3/1/2022 | ASAP | Crystal methamphetamine | 7.23 grams of pure methamphetamine |
| 4/4/2022 | ASAP | Crystal methamphetamine | 3.795 grams of pure methamphetamine |
| 4/20/2022 | Wickr | Crystal methamphetamine | 14.734 grams of pure methamphetamine |
| 5/2/2022 | Wickr | Counterfeit pressed pills | 12 pills containing fentanyl; 1.32 grams |
| 5/5/2022 | Wickr | Counterfeit pressed pills | 77 pills containing fentanyl; 8.62 grams |
| 5/10/2022 | Wickr | Crystal methamphetamine | 22.244 grams of pure methamphetamine |
| 6/14/2022 | Wickr | Crystal methamphetamine | 14.258 grams of pure methamphetamine |
| 7/11/2022 | Wickr | Crystal methamphetamine | 16.069 grams of pure methamphetamine |
| 7/15/2022 | Wickr | Counterfeit pressed pills | Pending lab results |
| 9/6/2022 | Wickr | Crystal methamphetamine | Pending lab results |

8. In each instance, the defendant printed shipping labels at his residence and then deposited the packages into various United States Postal Service (USPS) collection boxes. He transported the packages to the USPS collection boxes using a black Mercedes-Benz C-Class with vehicle identification number WDDGF54X59R054099.

9. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

10. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

                                                         Respectfully submitted,

                                                         Jessica D. Aber
                                                         United States Attorney

Date:   December 5, 2022             By:   */s/ Jordan Harvey*
                                                          Jordan Harvey
                                                         Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between me, Justin Jed Udvardi, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that, had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Justin Jed Udvardi

I am Jessica Richardson, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Jessica Richardson
Attorney for Justin Jed Udvardi